# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**RAFAEL MERCADO,**

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2241**

       **Petitioner,**

**Case No. 08-cv-671-slc**

**v.**

**CAROL HOLINKA,**
**Warden, FCI-Oxford,**

       **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**

_____2/4/09_____
____

**Date**

_____
**by Deputy Clerk**